2-18-15

82,618-01

To: Abel Acosta.

Please send me a copy of my 11.07 Writ of Habeas Corpus, tr. ct. No. 13209401010. I Recieved a card of denial on 2-18-15, Vance Miles

1834198

Vance Andrew Miles
Scott Unit - TDC 1834198
6999 Retrieve
Angleton, TX 77515

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 21 2015

Abel Acosta, Clerk